THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY YOUNG, Appellant. [931 NYS2d 880]—

The defendant contends, and the People correctly concede, that contrary to the determination of the Supreme Court, his release to parole during the pendency of his motion for

resentencing pursuant to the Drug Law Reform Act of 2009, codified in CPL 440.46, did not render him ineligible for resentencing (*see People v Santiago*, 17 NY3d 246, 247-249 [2011]). Accordingly, we reverse the order appealed from, and remit the matter to the Supreme Court, Queens County, for further proceedings and a new determination of the defendant's motion to be resentenced pursuant to CPL 440.46 (*see People v Rivera*, 88 AD3d 915 [2011] [decided herewith]). Mastro, J.P., Balkin, Chambers and Sgroi, JJ., concur.